# United States Court of Appeals
## For the First Circuit

No. 08-2056

UNITED STATES OF AMERICA,

Appellee,

v.

JASON GERHARD,

Defendant, Appellant,

No. 08-2300

UNITED STATES OF AMERICA,

Appellee,

v.

CIRINO GONZALEZ,

Defendant, Appellant,

No. 08-2450

UNITED STATES OF AMERICA,

Appellee,

v.

DANIEL RILEY,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on July 30, 2010, is

amended as follows:

On page 9, line 20, "riles" is changed to "rifles".

On page 11, line 7, "2009" is changed to "2007".